**HARRIS BEACH PLLC**
One Gateway Center – Suite 2500
Newark, New Jersey 07102
(973) 848-1244
*Attorneys for Defendants*
*U.S. GAS & ELECTRIC, INC. and*
*ENERGY SERVICES PROVIDERS, INC.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(NEWARK VICINAGE)

| | |
|---|---|
| PATRICIA VITALE and VINCENT VITALE, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>U.S. GAS & ELECTRIC, INC., ENERGY SERVICE PROVIDERS, INC., and JOHN DOE CORPORATIONS #1-25,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No. 2:14-cv-04464-KM-MAH<br><br>NOTICE OF MOTION FOR FINAL SUMMARY JUDGMENT |

**PLEASE TAKE NOTICE** that, by and through their undersigned counsel of record, Defendants, U.S. Gas & Electric, Inc. ("USG&E") and Energy Services Providers, Inc. ("ESPI")(collectively, "Defendants"), will move this Court before the Hon. Kevin McNulty of the United States District Court, District of New Jersey, at the Courthouse located at the Martin Luther King Jr. Courthouse and Federal Building, 50 Walnut Street, Newark, New Jersey 07101, on May 16, 2016 at 9:00 a.m., or as soon thereafter as counsel can be heard, for an Order seeking Final Summary Judgment in favor of Defendants against of Plaintiffs, Patricia Vitale and Vincent Vitale ("Plaintiffs") as to the entire Second Amended Complaint, pursuant to Fed. R. Civ. P. 56 and D.N.J. L.R. 7.1 and 56.1, and for such other relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Defendants will rely upon the Memorandum of Law, Statement of Undisputed Material Facts, Declaration of Michelle Mann, with all exhibits annexed therefore and incorporated therein, submitted herewith. A proposed form of Order and Judgment is also submitted.

Dated: April 12, 2016                                   **HARRIS BEACH PLLC**

                                                        By*:  s/ Kimberly A. Connick*
                                                              Kimberly Connick


                                                        One Gateway Center – Suite 2500
                                                        Newark, New Jersey 07102
                                                        Tel:  (973) 848-1244
                                                        E-Mail:  kconnick@harrisbeach.com

                                                        *Attorneys for Defendants*
                                                        *U.S. Gas & Electric, Inc. and*
                                                        *Energy Services Providers, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2016, I electronically filed the foregoing document, with the accompanying Memorandum of Law, Statement of Undisputed Facts, and Declaration of Michelle Mann, and proposed form of Order and Judgment, with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record of pro se parties identified on the attached Service List in the manner specified, whether via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

Dated: April 12, 2016                  **HARRIS BEACH PLLC**

By*:   s/ Kimberly A. Connick*
     Kimberly Connick

One Gateway Center – Suite 2500
Newark, New Jersey 07102
Tel:  (973) 848-1244
E-Mail:  kconnick@harrisbeach.com

*Attorneys for Defendants*
*U.S. Gas & Electric, Inc. and*
*Energy Services Providers, Inc.*

## SERVICE LIST
*Patricia Vitale, et. al. v. U.S. Gas & Electric, Inc. et. al.*
Case No. 2:14-cv-04464-KM-MAH
United States District Court, District of New Jersey

**Electronically by CM/ECF System**
Kimberly A. Connick
kconnick@harrisbeach.com
Steven A. Stadtmauer
sstadtmauer@harrisbeach.com
HARRIS BEACH PLLC
One Gateway Center – Suite 2500
Newark, New Jersey 07102
Telephone: (973) 848-1244
Facsimile: (212) 687-0659

Joseph LoPiccolo
lopiccolo@pllawfirm.com
John N. Poulos
poulos@pllawfirm.com
POULOS LOPICCOLO PC
1305 South Roller Road
Ocean, NJ 07757
Telephone: (732) 757-0165
Facsimile: (732) 358-0180

Bruce Daniel Greenberg
bgreenberg@litedepalma.com
Danielle Y. Alvarez
dalvarez@litedepalma.com
LITE DEPALMA GREENBERG, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 877-3845