- - - - - - - - - - - - - - - - - - - - - - - - -

In Re:

APRIL 7, 2014, PHONE CALL BETWEEN NJG&E AND PATRICIA VITALE

- - - - - - - - - - - - - - - - - - - - - - - - -

<u>Audio Transcription of a Telephone Call</u>:

<u>Date:</u>          April 7, 2014

<u>Transcribed By:</u> Molly Chimino

            Alliance Court Reporting, Inc.

            120 East Avenue, Suite 200

            Rochester, New York  14604



**ALLIANCE**
COURT REPORTING, INC.
*Video Conferencing and Videography Center*
585.546.4920     ·     www.alliancecourtreporting.net     ·     800.724.0836



```
 1                    TELEPHONE CALL AUDIO
 2   MONDAY, APRIL 7, 2014,
 3                    *       *       *
 4            MS. VITALE:  Patty Vitale.
 5            REPRESENTATIVE:  Yes.  Good morning.  This
 6   is Jade.  I'm calling with New Jersey Gas & Electric.
 7   Is Patricia available?
 8            MS. VITALE:  This is she.
 9            REPRESENTATIVE:  Hi, Patricia.  I'm
10   calling regarding issue number 874832.
11            MS. VITALE:  Uh-huh.
12            REPRESENTATIVE:  This call will be
13   recorded for quality assurance purposes.
14            Our billing group has provided a
15   resolution for this issue.  For the gas account I'm
16   going to go ahead and issue a refund in the amount of
17   $115.  That will be issued in two payments of 57.50.
18   And for the electric account, they'll go ahead and
19   issue a refund in the amount of $65.
20            I do need to verify the address.  I have
21   45 Crest Drive, Englishtown, New Jersey 07726.  Is
22   that correct?
23            MS. VITALE:  That's correct.
24            REPRESENTATIVE:  All right.  I'll go ahead
25   and get this processed and issued to you.  Okay?
```

1                    TELEPHONE CALL AUDIO
2              MS. VITALE:  Thank you.
3              REPRESENTATIVE:  You're welcome.  Have a
4    great day.  Bye-bye.
5                       *      *      *
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



ALLIANCE
COURT REPORTING, INC.
*Video Conferencing and Videography Center*
585.546.4920        ·        www.alliancecourtreporting.net        ·        800.724.0836

                                                                    4

1

2                       C E R T I F I C A T I O N
  STATE OF NEW YORK:
3 COUNTY OF MONROE:

4              I, MOLLY CHIMINO, do hereby certify that I

5  transcribed from the CD/DVD recording provided the

6  foregoing pages of the above-styled cause, and that

7  they were prepared under my personal supervision and

8  constitute a true and accurate record of the

9  proceedings;

10             I further certify that I am not an

11 attorney or counsel of any parties, nor a relative or

12 employee of any attorney or counsel connected with the

13 action, nor financially interested in the action;

14             WITNESS my hand in the City of Rochester,

15 County of Monroe, State of New York.

16

17

18

19

20

21

   *Molly Chimino*

   MOLLY CHIMINO
24 Freelance Court Reporter and
   Notary Public No. 01PR6210086
25 in and for Monroe County, New York



*Video Conferencing and Videography Center*

585.546.4920       ·       www.alliancecourtreporting.net       ·       800.724.0836

### $
**$115** [1] - 2:17
**$65** [1] - 2:19

### 0
**01PR6210086** [1] - 4:24
**07726** [1] - 2:21

### 1
**120** [1] - 1:24
**14604** [1] - 1:25

### 2
**200** [1] - 1:24
**2014** [2] - 1:4, 2:2
**2016** [1] - 1:12

### 3
**31** [1] - 1:12

### 4
**45** [1] - 2:21

### 5
**57.50** [1] - 2:17

### 8
**874832** [1] - 2:10

### A
**above-styled** [1] - 4:6
**account** [2] - 2:15, 2:18
**accurate** [1] - 4:8
**action** [2] - 4:13
**address** [1] - 2:20
**ahead** [3] - 2:16, 2:18, 2:24
**Alliance** [1] - 1:23
**amount** [2] - 2:16, 2:19
**AND** [1] - 1:4
**assurance** [1] - 2:13
**attorney** [2] - 4:11, 4:12
**Audio** [1] - 1:8
**available** [1] - 2:7
**Avenue** [1] - 1:24

### B
**BETWEEN** [1] - 1:4
**billing** [1] - 2:14
**By:Molly** [1] - 1:22
**bye** [2] - 3:4
**bye-bye** [1] - 3:4

### C
**CALL** [1] - 1:4
**CD/DVD** [1] - 4:5
**certify** [2] - 4:4, 4:10
**Chimino** [1] - 1:22
**CHIMINO** [2] - 4:4, 4:23

**City** [1] - 4:14
**connected** [1] - 4:12
**constitute** [1] - 4:8
**correct** [2] - 2:22, 2:23
**counsel** [2] - 4:11, 4:12
**COUNTY** [1] - 4:3
**County** [2] - 4:15, 4:25
**Court** [2] - 1:23, 4:24
**Crest** [1] - 2:21

### D
**Date** [1] - 1:12
**Drive** [1] - 2:21

### E
**East** [1] - 1:24
**electric** [1] - 2:18
**Electric** [1] - 2:6
**employee** [1] - 4:12
**Englishtown** [1] - 2:21

### F
**financially** [1] - 4:13
**foregoing** [1] - 4:6
**Freelance** [1] - 4:24

### G
**Gas** [1] - 2:6
**gas** [1] - 2:15
**great** [1] - 3:4
**group** [1] - 2:14

### H
**hand** [1] - 4:14
**hereby** [1] - 4:4
**hi** [1] - 2:9

### I
**Inc** [1] - 1:23
**interested** [1] - 4:13
**issue** [4] - 2:10, 2:15, 2:16, 2:19
**issued** [2] - 2:17, 2:25

### J
**Jade** [1] - 2:6
**Jersey** [2] - 2:6, 2:21

### M
**MARCH** [2] - 1:4, 2:2
**March** [1] - 1:12
**MOLLY** [2] - 4:4, 4:23
**MONROE** [1] - 4:3
**Monroe** [2] - 4:15, 4:25
**morning** [1] - 2:5
**MS** [5] - 2:4, 2:8, 2:11, 2:23, 3:2

### N
**need** [1] - 2:20

**New** [5] - 1:25, 2:6, 2:21, 4:15, 4:25
**NEW** [1] - 4:2
**NJG&E** [1] - 1:4
**Notary** [1] - 4:24
**number** [1] - 2:10

### O
**OF** [2] - 4:2, 4:3

### P
**pages** [1] - 4:6
**parties** [1] - 4:11
**PATRICIA** [1] - 1:4
**Patricia** [2] - 2:7, 2:9
**Patty** [1] - 2:4
**payments** [1] - 2:17
**personal** [1] - 4:7
**PHONE** [1] - 1:4
**prepared** [1] - 4:7
**proceedings** [1] - 4:9
**processed** [1] - 2:25
**provided** [2] - 2:14, 4:5
**Public** [1] - 4:24
**purposes** [1] - 2:13

### Q
**quality** [1] - 2:13

### R
**Re** [1] - 1:3
**record** [1] - 4:8
**recorded** [1] - 2:13
**recording** [1] - 4:5
**refund** [2] - 2:16, 2:19
**regarding** [1] - 2:10
**relative** [1] - 4:11
**Reporter** [1] - 4:24
**Reporting** [1] - 1:23
**REPRESENTATIVE** [5] - 2:5, 2:9, 2:12, 2:24, 3:3
**resolution** [1] - 2:15
**Rochester** [2] - 1:25, 4:14

### S
**STATE** [1] - 4:2
**State** [1] - 4:15
**styled** [1] - 4:6
**Suite** [1] - 1:24
**supervision** [1] - 4:7

### T
**Telephone** [1] - 1:8
**transcribed** [1] - 4:5
**Transcribed** [1] - 1:22
**Transcription** [1] - 1:8
**true** [1] - 4:8
**two** [1] - 2:17

### U
**under** [1] - 4:7

### V
**verify** [1] - 2:20
**VITALE** [6] - 1:5, 2:4, 2:8, 2:11, 2:23, 3:2
**Vitale** [1] - 2:4

### W
**welcome** [1] - 3:3
**WITNESS** [1] - 4:14

### Y
**York** [3] - 1:25, 4:15, 4:25
**YORK** [1] - 4:2