Print   Close

## CHECK: 38098

**Date:** Feb 25, 2016

**Amount:** $65.00



ENERGY SERVICES PROVIDERS, INC.
3700 Lakeside Drive, 6th Floor
Miramar, FL 33027
(305) 647-7550

CITIBANK, N.A.
NEW YORK, NY
01-006-210

38098

4/29/2014

PAY TO THE
ORDER OF   Vincent Vitale                                    $ **65.00

Sixty-Five and 00/100***************************************************** DOLLARS

Vincent Vitale
Po Box 325
Marlboro, NJ 07746

Refund, Acc[            ]2215

Did you know... Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more.

 Print    Close

**CHECK: 22073**

**Date:** Feb 25, 2016

**Amount:** $115.00



Did you know... Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more.