1

- - - - - - - - - - - - - - - - - - - - - - - - -

In Re:

FEBRUARY 22, 2016, PHONE CALL BETWEEN NJG&E AND PATRICIA VITALE

- - - - - - - - - - - - - - - - - - - - - - - - -

Audio Transcription of a Telephone Call:

Date:             February 22, 2016

Transcribed By: Molly Chimino
                Alliance Court Reporting, Inc.
                120 East Avenue, Suite 200
                Rochester, New York  14604



ALLIANCE
COURT REPORTING, INC.
*Video Conferencing and Videography Center*
585.546.4920    ·    www.alliancecourtreporting.net    ·    800.724.0836



```
 1                    TELEPHONE CALL AUDIO
 2      MONDAY, FEBRUARY 22, 2016;
 3                         *    *    *
 4               REPRESENTATIVE:  U.S. Gas & Electric.
 5      Raymond speaking.  How may I help you?
 6               MS. VITALE:  Yes.  I'm not sure what
 7      department I need to contact.  I received a
 8      reimbursement check from the company.  And I just
 9      found it now, but it's almost a year and a half old.
10      And I didn't know if I could have it reinstated or if
11      they could send me another one and I will void this
12      one because I don't think I'd be able to cash them.
13               REPRESENTATIVE:  What is the address,
14      ma'am?
15               MS. VITALE:  The address or the PO box?
16      325 --
17               REPRESENTATIVE:  No.  The physical
18      address.  Not PO box.
19               MS. VITALE:  45 Crest Drive, Englishtown,
20      07726.
21               REPRESENTATIVE:  Okay.  One moment.
22               MS. VITALE:  Uh-huh.
23               REPRESENTATIVE:  What is the name on the
24      account?
25               MS. VITALE:  What did you say?
```

```
 1                    TELEPHONE CALL AUDIO
 2              REPRESENTATIVE:  The name on the account.
 3              MS. VITALE:  Nathan Vitale and Patricia
 4    Vitale.
 5              REPRESENTATIVE:  What is the amount of the
 6    check, ma'am?
 7              MS. VITALE:  One is for $65.  The other
 8    one is for 115.
 9              REPRESENTATIVE:  So you have two checks?
10              MS. VITALE:  Yes.  They came together, but
11    I just found them.
12              REPRESENTATIVE:  Okay.  One moment.
13              One moment, please.
14              MS. VITALE:  Uh-huh.
15              REPRESENTATIVE:  So what I can go ahead
16    and do, ma'am, is I can open up a -- let's see here.
17    One second.
18              MS. VITALE:  Do you want the check
19    numbers?
20              REPRESENTATIVE:  Yes.  Just give me a
21    moment, though.
22              MS. VITALE:  Thanks.
23              REPRESENTATIVE:  Okay.  What are the check
24    numbers?
25              MS. VITALE:  The first one is 38098.
```



```
 1                    TELEPHONE CALL AUDIO
 2    That's the one for 65.
 3              REPRESENTATIVE:  One moment.
 4              MS. VITALE:  And -- okay.
 5              REPRESENTATIVE:  Okay.  And the other one?
 6              MS. VITALE:  It's 22073.  That's the one
 7    for 115.
 8              REPRESENTATIVE:  Okay.  Now, you said your
 9    last name, ma'am, was...
10              MS. VITALE:  V, like in Victor, I-T-A-L-E.
11    And the mailing address has to be PO box.
12              REPRESENTATIVE:  Okay.  One moment.
13              MS. VITALE:  Uh-huh.
14              REPRESENTATIVE:  One moment.
15              Okay.  So I did request for my billing
16    department to go ahead and void those checks out and
17    see what they can do in regards to resending you a new
18    set of checks.  One moment.
19              MS. VITALE:  Again, I have -- it has to be
20    sent to the PO box.  Otherwise I won't get them.
21              REPRESENTATIVE:  I do --
22              MS. VITALE:  (Indiscernible.)
23              REPRESENTATIVE:  Okay.  Yeah.
24              MS. VITALE:  Do you have the PO box?
25              REPRESENTATIVE:  PO box.  PO Box 325,
```

```
 1                    TELEPHONE CALL AUDIO
 2    Marlboro, New Jersey.
 3              MS. VITALE:  Yes.
 4              REPRESENTATIVE:  Okay.  So I will request
 5    that they review this matter and that they contact you
 6    once they have a resolution.  What is the phone
 7    number?
 8              MS. VITALE:  It's (732) 501-8237.
 9              REPRESENTATIVE:  Okay.  All right, then.
10    Thank you, ma'am.
11              MS. VITALE:  Thank you.
12              REPRESENTATIVE:  Were there any other
13    questions or concerns that I may address?
14              MS. VITALE:  No.  Thank you.
15              REPRESENTATIVE:  Take care.  Thank you.
16              MS. VITALE:  Okay.
17                      *       *       *
18
19
20
21
22
23
24
25
```

```
 1

 2                 C E R T I F I C A T I O N
     STATE OF NEW YORK:
 3   COUNTY OF MONROE:

 4             I, MOLLY CHIMINO, do hereby certify that I

 5   transcribed from the CD/DVD recording provided the

 6   foregoing pages of the above-styled cause, and that

 7   they were prepared under my personal supervision and

 8   constitute a true and accurate record of the

 9   proceedings;

10             I further certify that I am not an

11   attorney or counsel of any parties, nor a relative or

12   employee of any attorney or counsel connected with the

13   action, nor financially interested in the action;

14             WITNESS my hand in the City of Rochester,

15   County of Monroe, State of New York.

16

17

18

19

20

21

     MOLLY CHIMINO
24   Freelance Court Reporter and
     Notary Public No. 01PR6210086
25   in and for Monroe County, New York
```



**ALLIANCE**
COURT REPORTING, INC.
*Video Conferencing and Videography Center*
585.546.4920     ·     www.alliancecourtreporting.net     ·     800.724.0836

## $
**$65** [1] - 3:7

## 0
**01PR6210086** [1] - 6:24
**07726** [1] - 2:20

## 1
**115** [2] - 3:8, 4:7
**120** [1] - 1:24
**14604** [1] - 1:25

## 2
**200** [1] - 1:24
**2016** [3] - 1:4, 1:12, 2:2
**22** [3] - 1:4, 1:12, 2:2
**22073** [1] - 4:6

## 3
**325** [2] - 2:16, 4:25
**38098** [1] - 3:25

## 4
**45** [1] - 2:19

## 5
**501-8237** [1] - 5:8

## 6
**65** [1] - 4:2

## 7
**732** [1] - 5:8

## A
**able** [1] - 2:12
**above-styled** [1] - 6:6
**account** [2] - 2:24, 3:2
**accurate** [1] - 6:8
**action** [2] - 6:13
**address** [5] - 2:13, 2:15, 2:18, 4:11, 5:13
**ahead** [2] - 3:15, 4:16
**Alliance** [1] - 1:23
**almost** [1] - 2:9
**amount** [1] - 3:5
**AND** [1] - 1:4
**attorney** [2] - 6:11, 6:12
**Audio** [1] - 1:8
**Avenue** [1] - 1:24

## B
**BETWEEN** [1] - 1:4
**billing** [1] - 4:15
**box** [6] - 2:15, 2:18, 4:11, 4:20, 4:24, 4:25
**Box** [1] - 4:25
**By:Molly** [1] - 1:22

## C
**CALL** [1] - 1:4
**care** [1] - 5:15
**cash** [1] - 2:12
**CD/DVD** [1] - 6:5
**certify** [2] - 6:4, 6:10
**check** [4] - 2:8, 3:6, 3:18, 3:23
**checks** [3] - 3:9, 4:16, 4:18
**Chimino** [1] - 1:22
**CHIMINO** [2] - 6:4, 6:23
**City** [1] - 6:14
**company** [1] - 2:8
**concerns** [1] - 5:13
**connected** [1] - 6:12
**constitute** [1] - 6:8
**contact** [2] - 2:7, 5:5
**counsel** [2] - 6:11, 6:12
**COUNTY** [1] - 6:3
**County** [2] - 6:15, 6:25
**Court** [2] - 1:23, 6:24
**Crest** [1] - 2:19

## D
**Date** [1] - 1:12
**department** [2] - 2:7, 4:16
**Drive** [1] - 2:19

## E
**East** [1] - 1:24
**Electric** [1] - 2:4
**employee** [1] - 6:12
**Englishtown** [1] - 2:19

## F
**FEBRUARY** [2] - 1:4, 2:2
**February** [1] - 1:12
**financially** [1] - 6:13
**first** [1] - 3:25
**foregoing** [1] - 6:6
**Freelance** [1] - 6:24

## G
**Gas** [1] - 2:4

## H
**half** [1] - 2:9
**hand** [1] - 6:14
**help** [1] - 2:5
**hereby** [1] - 6:4

## I
**Inc** [1] - 1:23
**indiscernible** [1] - 4:22
**interested** [1] - 6:13

## J
**Jersey** [1] - 5:2

## L
**last** [1] - 4:9

## M
**ma'am** [5] - 2:14, 3:6, 3:16, 4:9, 5:10
**mailing** [1] - 4:11
**Marlboro** [1] - 5:2
**matter** [1] - 5:5
**MOLLY** [2] - 6:4, 6:23
**moment** [8] - 2:21, 3:12, 3:13, 3:21, 4:3, 4:12, 4:14, 4:18
**MONDAY** [1] - 2:2
**Monroe** [2] - 6:15, 6:25
**MONROE** [1] - 6:3
**MS** [24] - 2:6, 2:15, 2:19, 2:22, 2:25, 3:3, 3:7, 3:10, 3:14, 3:18, 3:22, 3:25, 4:4, 4:6, 4:10, 4:13, 4:19, 4:22, 4:24, 5:3, 5:8, 5:11, 5:14, 5:16

## N
**name** [3] - 2:23, 3:2, 4:9
**Nathan** [1] - 3:3
**need** [1] - 2:7
**new** [1] - 4:17
**New** [4] - 1:25, 5:2, 6:15, 6:25
**NEW** [1] - 6:2
**NJG&E** [1] - 1:4
**Notary** [1] - 6:24
**number** [1] - 5:7
**numbers** [2] - 3:19, 3:24

## O
**OF** [2] - 6:2, 6:3
**old** [1] - 2:9
**once** [1] - 5:6
**one** [16] - 2:11, 2:12, 2:21, 3:7, 3:8, 3:12, 3:13, 3:17, 3:25, 4:2, 4:3, 4:5, 4:6, 4:12, 4:14, 4:18
**open** [1] - 3:16
**otherwise** [1] - 4:20

## P
**pages** [1] - 6:6
**parties** [1] - 6:11
**Patricia** [1] - 3:3
**PATRICIA** [1] - 1:5
**personal** [1] - 6:7
**PHONE** [1] - 1:4
**phone** [1] - 5:6
**physical** [1] - 2:17
**PO** [7] - 2:15, 2:18, 4:11, 4:20, 4:24, 4:25
**prepared** [1] - 6:7
**proceedings** [1] - 6:9
**provided** [1] - 6:5
**Public** [1] - 6:24

## Q
**questions** [1] - 5:13

## R
**raymond** [1] - 2:5
**Re** [1] - 1:3
**received** [1] - 2:7
**record** [1] - 6:8
**recording** [1] - 6:5
**regards** [1] - 4:17
**reimbursement** [1] - 2:8
**reinstated** [1] - 2:10
**relative** [1] - 6:11
**Reporter** [1] - 6:24
**Reporting** [1] - 1:23
**REPRESENTATIVE** [24] - 2:4, 2:13, 2:17, 2:21, 2:23, 3:2, 3:5, 3:9, 3:12, 3:15, 3:20, 3:23, 4:3, 4:5, 4:8, 4:12, 4:14, 4:21, 4:23, 4:25, 5:4, 5:9, 5:12, 5:15
**request** [2] - 4:15, 5:4
**resending** [1] - 4:17
**resolution** [1] - 5:6
**review** [1] - 5:5
**Rochester** [2] - 1:25, 6:14

## S
**second** [1] - 3:17
**see** [2] - 3:16, 4:17
**send** [1] - 2:11
**sent** [1] - 4:20
**set** [1] - 4:18
**speaking** [1] - 2:5
**State** [1] - 6:15
**STATE** [1] - 6:2
**styled** [1] - 6:6
**Suite** [1] - 1:24
**supervision** [1] - 6:7

## T
**Telephone** [1] - 1:8
**together** [1] - 3:10
**transcribed** [1] - 6:5
**Transcribed** [1] - 1:22
**Transcription** [1] - 1:8
**true** [1] - 6:8
**two** [1] - 3:9

## U
**U.S** [1] - 2:4
**under** [1] - 6:7
**up** [1] - 3:16

## V
**victor** [1] - 4:10
**victor-I-T-A-L-E** [1] - 4:10
**VITALE** [25] - 1:5, 2:6, 2:15, 2:19, 2:22, 2:25, 3:3, 3:7, 3:10, 3:14, 3:18, 3:22, 3:25, 4:4, 4:6, 4:10, 4:13, 4:19, 4:22, 4:24, 5:3, 5:8, 5:11, 5:14, 5:16
**Vitale** [2] - 3:3, 3:4
**void** [2] - 2:11, 4:16

## W
**was..** [1] - 4:9
**WITNESS** [1] - 6:14

## Y
**year** [1] - 2:9
**YORK** [1] - 6:2
**York** [3] - 1:25, 6:15, 6:25