1

- - - - - - - - - - - - - - - - - - - - - - - - - -

In Re:

FEBRUARY 24, 2016, VOICEMAIL FROM NJG&E AT 2:46 P.M.

- - - - - - - - - - - - - - - - - - - - - - - - - -

Audio Transcription of a Telephone Call:

Date:         February 24, 2016

Time:         2:46 p.m.

Transcribed By: Molly Chimino
                Alliance Court Reporting, Inc.
                120 East Avenue, Suite 200
                Rochester, New York  14604



ALLIANCE
COURT REPORTING, INC.
*Video Conferencing and Videography Center*



585.546.4920    ·    www.alliancecourtreporting.net    ·    800.724.0836

```
1                       TELEPHONE CALL AUDIO
2    WEDNESDAY, FEBRUARY 24, 2016;
3                          *     *     *
4              ANSWERING MACHINE:  Hi.  This is Patty.
5    I'm not able to answer the phone right now.  Please
6    leave your name and number and I'll call you back as
7    soon as I can.  Thank you.
8              At the tone please record your message.
9    When you are finished recording, you may hang up or
10   press 1 for more options.
11             REPRESENTATIVE:  Hello.  This message is
12   for Ms. Vitale.  This is (indiscernible) with the
13   supply company of New Jersey Gas & Electric.  We
14   wanted to reach out to you because we did send some
15   information to our finance group for review.  And our
16   finance group is (indiscernible) it is still okay to
17   cash the checks.  So if you still have access to those
18   checks, finance is letting us know that those checks
19   are still valid and you can cash them.
20             If you have any questions, you can give us
21   a call at 1 (866) 568-0290, confirmation
22   number 1402191.  Thank you and have a great day.
23                         *     *     *
24
25
```

```
                                                              3

 1
 2                   C E R T I F I C A T I O N
     STATE OF NEW YORK:
 3   COUNTY OF MONROE:

 4             I, MOLLY CHIMINO, do hereby certify that I
 5   transcribed from the CD/DVD recording provided the
 6   foregoing pages of the above-styled cause, and that
 7   they were prepared under my personal supervision and
 8   constitute a true and accurate record of the
 9   proceedings;
10             I further certify that I am not an
11   attorney or counsel of any parties, nor a relative or
12   employee of any attorney or counsel connected with the
13   action, nor financially interested in the action;
14             WITNESS my hand in the City of Rochester,
15   County of Monroe, State of New York.
16
17
18
19
20
21
```



```
     MOLLY CHIMINO
24   Freelance Court Reporter and
     Notary Public No. 01PR6210086
25   in and for Monroe County, New York
```

## ALLIANCE
COURT REPORTING, INC.
*Video Conferencing and Videography Center*
585.546.4920   ·   www.alliancecourtreporting.net   ·   800.724.0836

## 0
**01PR6210086** [1] - 3:24

## 1
**1** [1] - 2:21
**120** [1] - 1:24
**1402191** [1] - 2:22
**14604** [1] - 1:25

## 2
**200** [1] - 1:24
**2016** [3] - 1:4, 1:12, 2:2
**24** [3] - 1:4, 1:12, 2:2
**2:46** [2] - 1:4, 1:17

## 5
**568-0290** [1] - 2:21

## 8
**866** [1] - 2:21

## A
**able** [1] - 2:5
**above-styled** [1] - 3:6
**access** [1] - 2:17
**accurate** [1] - 3:8
**action** [2] - 3:13
**Alliance** [1] - 1:23
**answer** [1] - 2:5
**AT** [1] - 1:4
**attorney** [2] - 3:11, 3:12
**Audio** [1] - 1:8
**Avenue** [1] - 1:24

## B
**By:Molly** [1] - 1:22

## C
**cash** [2] - 2:17, 2:19
**CD/DVD** [1] - 3:5
**certify** [2] - 3:4, 3:10
**checks** [3] - 2:17, 2:18
**Chimino** [1] - 1:22
**CHIMINO** [2] - 3:4, 3:23
**City** [1] - 3:14
**company** [1] - 2:13
**confirmation** [1] - 2:21
**connected** [1] - 3:12
**constitute** [1] - 3:8
**counsel** [2] - 3:11, 3:12
**COUNTY** [1] - 3:3
**County** [2] - 3:15, 3:25
**Court** [2] - 1:23, 3:24

## D
**Date** [1] - 1:12

## E
**East** [1] - 1:24
**Electric** [1] - 2:13

**employee** [1] - 3:12

## F
**FEBRUARY** [2] - 1:4, 2:2
**February** [1] - 1:12
**finance** [3] - 2:15, 2:16, 2:18
**financially** [1] - 3:13
**finished** [1] - 2:9
**foregoing** [1] - 3:6
**Freelance** [1] - 3:24
**FROM** [1] - 1:4

## G
**Gas** [1] - 2:13
**great** [1] - 2:22
**group** [2] - 2:15, 2:16

## H
**hand** [1] - 3:14
**hang** [1] - 2:9
**hello** [1] - 2:11
**hereby** [1] - 3:4
**hi** [1] - 2:4

## I
**Inc** [1] - 1:23
**indiscernible** [2] - 2:12, 2:16
**information** [1] - 2:15
**interested** [1] - 3:13

## J
**Jersey** [1] - 2:13

## L
**leave** [1] - 2:5
**letting** [1] - 2:18

## M
**message** [2] - 2:8, 2:11
**MOLLY** [2] - 3:4, 3:23
**MONROE** [1] - 3:3
**Monroe** [2] - 3:15, 3:25

## N
**name** [1] - 2:6
**NEW** [1] - 3:2
**New** [4] - 1:25, 2:13, 3:15, 3:25
**NJG&E** [1] - 1:4
**Notary** [1] - 3:24
**number** [2] - 2:6, 2:22

## O
**OF** [2] - 3:2, 3:3
**one** [1] - 2:10
**options** [1] - 2:10

## P
**P.M** [1] - 1:4
**p.m** [1] - 1:17
**pages** [1] - 3:6
**parties** [1] - 3:11
**Patty** [1] - 2:4
**personal** [1] - 3:7
**phone** [1] - 2:5
**prepared** [1] - 3:7
**press** [1] - 2:10
**proceedings** [1] - 3:9
**provided** [1] - 3:5
**Public** [1] - 3:24

## Q
**questions** [1] - 2:20

## R
**Re** [1] - 1:3
**reach** [1] - 2:14
**record** [2] - 2:8, 3:8
**recording** [2] - 2:9, 3:5
**relative** [1] - 3:11
**Reporter** [1] - 3:24
**Reporting** [1] - 1:23
**REPRESENTATIVE** [1] - 2:11
**review** [1] - 2:15
**Rochester** [2] - 1:25, 3:14

## S
**send** [1] - 2:14
**soon** [1] - 2:6
**SPEAKERPHONE** [1] - 2:4
**STATE** [1] - 3:2
**State** [1] - 3:15
**still** [3] - 2:16, 2:17, 2:19
**styled** [1] - 3:6
**Suite** [1] - 1:24
**supervision** [1] - 3:7
**supply** [1] - 2:13

## T
**Telephone** [1] - 1:8
**tone** [1] - 2:8
**transcribed** [1] - 3:5
**Transcribed** [1] - 1:22
**Transcription** [1] - 1:8
**true** [1] - 3:8

## U
**under** [1] - 3:7
**up** [1] - 2:9

## V
**valid** [1] - 2:19
**Vitale** [1] - 2:12
**VOICEMAIL** [1] - 1:4

## W
**WEDNESDAY** [1] - 2:2
**WITNESS** [1] - 3:14

## Y
**York** [3] - 1:25, 3:15, 3:25
**YORK** [1] - 3:2