**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PATRICIA VITALE and VINCENT VITALE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>US GAS & ELECTRIC, INC., ENERGY SERVICE PROVIDERS, INC. and JOHN DOE CORPORATIONS #1-25,<br><br>Defendants. | CASE NO.: 2:14-cv-04464-KM-MAH |

## PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Representative Plaintiffs, Patricia Vitale and Vincent Vitale, pursuant to Fed. R. Civ. P. 23(e), respectfully move this Court to enter the proposed Order Granting Final Approval to Class Action Settlement (the "Final Approval Order").

In support of this motion, Plaintiffs rely upon the accompanying Certification of Bruce D. Greenberg ("Greenberg Cert.") and the brief submitted herewith.

Plaintiffs state as follows:

1. The Parties have entered into a Settlement Agreement, which is attached to the Greenberg Cert. as **Exhibit 1**.

2. The Court granted Preliminary Approval of the Class Action Settlement on April 24, 2017.

3. The relief requested in this motion is assented to by Defendants, US Gas & Electric, Inc. and Energy Service Providers, Inc.

4. Plaintiffs respectfully request that the Court:

A. Grant final approval to the Settlement Agreement as fair, adequate and reasonable to the Settlement Class;

B. Confirm the provisions of the Preliminary Approval Order certifying the Settlement Class, appointing Plaintiffs as representatives of the Settlement Class, appointing Epiq Class Action & Claims Solutions, Inc. as the Settlement Administrator, and appointing Class Counsel as a final class certification order under Federal Rule of Civil Procedure 23 for the purposes of implementing the multistate class settlement provided for in the Settlement Agreement and Settlement, and entering final judgment in this Action;

C. Find that members of the Settlement Class have been provided the best notice practicable of the Settlement and that such notice satisfies all requirements of due process, Rule 23 of the Federal Rules of Civil Procedure, the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, and all other applicable laws;

D. Enter the proposed Final Approval Order annexed to the Greenberg Cert as **Exhibit 3**.

Respectfully submitted this 25th day of May, 2017.

POULOS LOPICCOLO PC

By: _/s/ Joseph LoPiccolo_
Joseph LoPiccolo
John N. Poulos

1305 South Roller Road
Ocean, New Jersey 07712
(732) 757-0165
(732) 358-0180 (fax)

LITE DEPALMA GREENBERG, LLC
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000
(973) 623-0858 (fax)

*Co- Counsel for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Joseph LoPiccolo*
Joseph LoPiccolo
POULOS LOPICCOLO PC
1305 South Roller Road
Ocean, New Jersey 07712
(732) 757-0165
(732) 358-0180 (fax)

Dated: May 25, 2017